FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 JAN 13 PM 3: 41

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:04CV434 |
| ONE 1996 FORD MUSTANG COBRA CONVERTIBLE, VIN 1FALP46VXTF186365, | ) ) ) ) | STIPULATION |
| Defendant. | ) ) | |

COME NOW the Plaintiff, United States of America, the Defendant property, and the Claimant, Richard P. Fink, all by and through counsel, and hereby agree and stipulate as follows:

WHEREAS, on September 8, 2004, the Plaintiff filed a Verified Complaint for Forfeiture, alleging the Defendant property was proceeds traceable to the exchange of controlled substances, or alternatively, was used or was intended to be used to facilitate the possession and distribution of controlled substances, and is therefore forfeitable to the United States pursuant to Title 21, United States Code, Section 881(a); and,

WHEREAS, Richard P. Fink filed a Claim and an Answer herein, denying any knowledge of the Defendant property's alleged involvement with controlled substances; and,

WHEREAS, the parties desire to amicably settle this matter, without the necessity of trial.

NOW, THEREFORE, in consideration of the covenants contained herein, the parties hereby agree as follows:

1. The Claimant, Richard P. Fink, has agreed to forfeit the Defendant property, ONE 1996 FORD MUSTANG COBRA CONVERTIBLE VIN 1FALP46VXTF186365, to the United States based on an agreement with the Hamilton County Attorney's Office to dismiss <u>States of Nebraska v. Jordan Fink</u>, Case No. CR04-32, upon settlement of this forfeiture action.

2. The Defendant property, ONE 1996 FORD MUSTANG COBRA CONVERTIBLE VIN 1FALP46VXTF186365, shall be considered forfeited to the United States and shall be disposed of by the United States Marshal for the District of Nebraska according to law.

3. A Judgment should then be entered by this Court in accordance with the parties' Stipulation.

UNITED STATES OF AMERICA,
Plaintiff

MICHAEL G. HEAVICAN
United States Attorney

DATED: 1/11/05     By: _____
NANCY A. SVOBODA   (#17429)
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska  68102-1506
(402) 661-3700

ONE 1996 FORD MUSTANG COBRA CONVERTIBLE, VIN 1FALP46VXTF186365, Defendant, and Richard P. Fink, Claimant

DATED: 1/12/05     By: _____
KEVIN OURSLAND (#20605)
Attorney at Law
1111 Lincoln Mall, Suite 300
Lincoln, NE  68508
(402) 474-5529