FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 FEB -9 AM 11: 59

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:04CV434 |
| ) | |
| ONE 1996 FORD MUSTANG ) | JUDGMENT |
| COBRA CONVERTIBLE, ) | |
| VIN 1FALP46VXTF186365, ) | |
| ) | |
| Defendant. ) | |

IN ACCORDANCE with the parties' Stipulation filed January 13th, 2005, (Filing No. 19), Judgment is entered herein for the Plaintiff, United States of America, for One 1996 FORD MUSTANG COBRA CONVERTIBLE VIN 1FALP46VXTF186365.

DATED this 9th day of ~~January~~ February, 2005.

BY THE COURT:

_____
LAURIE SMITH CAMP
UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

Approved as to form and content:

ONE 1996 FORD MUSTANG COBRA
CONVERTIBLE, VIN 1FALP46VXTF186365,
Defendant, and Richard P. Fink, Claimant

By: _____
KEVIN OURSLAND (#20605)
Attorney at Law
1111 Lincoln Mall, Suite 300
Lincoln, NE 68508
(402) 474-5529